| PROB 22<br>(Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>1:17-CR-00016-01-TMB |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>1:26-cr-00082 KES |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Arthur Castillo<br>Fresno, CA | DISTRICT<br>District of Alaska | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Timothy M. Burgess, United States District Judge | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>5/8/2026 | TO<br>5/7/2031 |

OFFENSE
Drug Conspiracy in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Castillo resides in the Eastern District of California and does not intend to return to Alaska.

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| May 13, 2026 | /s/ *Timothy M. Burgess* |
|---|---|
| Date | Honorable Timothy M. Burgess, United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| Effective Date | Honorable Accepting Judge |
|---|---|